IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CR 06 45T

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR. No. |
| | : | |
| v. | : | In Violation Of |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | |
| KENDALL ROSE | : | |

INDICTMENT

The Grand Jury charges that:

COUNT 1

On or about October 18, 2005, in the District of Rhode Island, the defendant, Kendall Rose, having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: an Industria Nationale D'Armas (I.N.A.) .32 caliber revolver, in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:
REDACTED

Grand Jury Foreperson

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

PETER F. NERONHA
Assistant U.S. Attorney

GERARD B. SULLIVAN
Chief, Criminal Division

Dated: 4-5-06