CR 06 457

AO 257
(USAO REV. 6/99)

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT

**Name of District Court, and/or Judge/Magistrate Location (City)**
U.S. DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND, PROVIDENCE, RI

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): PETER F. NERONHA

**DEFENDANT – U.S. vs.**
KENDALL ROSE

Address

Birth Date

☑ Male ☐ Female ☐ Alien (if applicable)

Social Security Number

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

☑ person is awaiting trial in another Federal or State Court, give name of court
PROVIDENCE SUPERIOR COURT

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40 . Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this is prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges
} ☐ Fed'l ☑ State

If answer to (6) is "Yes", show name of institution
ACI

Has detainer been filed? ☐ Yes ☑ No } If "Yes" give date filed

**DATE OF ARREST**

Or... if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

Felon in Possession of a Firearm - 18 U.S.C. Section 922(g)(1)

10 Years Imprisonment;
$250,000 Fine;
3 Years Supervised Release;
$100 Special Assessment.

Anticipated Trial Days: 2-3 days

This form was electronically produced by Elite Federal Forms, Inc. - mod HI (11/00)