IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | C.R. No.: CR 06 45T |
| V. | : | In Violation of |
| | : | 18 U.S.C. § 922 (g) (1) |
| KENDALL ROSE | : | |

**ENTRY OF APPEARANCE**

Now comes Francis J. Flanagan, Esquire of Sayer, Regan, Thayer & Flanagan, and hereby enters his appearance on behalf of the Defendant, Kendall Rose.

KENDALL ROSE,
By His Attorney

Francis J. Flanagan, Esquire (#4858)
Sayer Regan Thayer & Flanagan
130 Bellevue Avenue, Unit 2
Newport, Rhode Island 02840
(401) 849-3040