1142812

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

KENDALL ROSE

**WARRANT FOR ARREST**

CASE NUMBER: CR 06-45T

RECEIVED
APR 05 2006
US MARSHALS
RHODE ISLAND

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest KENDALL ROSE
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
FELON IN POSSESSION

in violation of Title 18 United States Code, Section(s) 922(g)(1)

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Signature of Issuing Officer

April 5, 2006, Providence, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI on writ | | |
| DATE RECEIVED 04/05/2006 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 04/10/2006 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.