IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | C.R. No.: CR 06 45T |
| v. | ) | In Violation of |
| | ) | 18 U.S.C. § 922 (g)(1) |
| KENDALL ROSE | ) | |

MOTION TO CONTINUE

Now comes Defense Counsel, Francis J. Flanagan, and hereby requests the court to reschedule the sentencing hearing that is currently scheduled for January 4, 2007 at Providence, Rhode Island. As reason thereof, Defense counsel serves as a Commander in the United States Naval Reserve. An unexpected conflict/opportunity with his Naval Service has occurred and counsel requests the courtesy of a two week continuance. Counsel has spoken to the Assistant U.S. Attorney, Peter F. Neronha, who does not object to a continuance.

Wherefore, Defense Counsel, respectfully requests that the current sentencing hearing be continued and that a new hearing date be set in this matter.

Respectfully submitted this 28th day of December, 2006.

Kendall Rose
By His Attorney

Francis J. Flanagan, Esq. (#4858)
Sayer Regan Thayer & Flanagan LLP
130 Bellevue Avenue, Unit 2
Newport, Rhode Island 02840
(401) 849-3040

**CERTIFICATION**

I certify that on the 28 day of December 2006, I delivered a true copy of the within Motion to Peter F. Neronha, Esq., Assistant United States Attorney, U.S. Attorney's Office, 50 Kennedy Plaza, Providence, RI 02903, and Clerk of Court, United States District Court, Two Exchange Terrace, 3rd Floor, Providence, RI 02903, via hand delivery.

Jamie E Martel

Jamie E. Martel
Legal Assistant