# UNITED STATES DISTRICT COURT
***for the***
***District of Rhode Island***

***Case No. CR06-45-01T***

***To: Warden***
***ACI***
***Cranston, RI 02920***

**AMENDED**

YOU ARE HEREBY COMMANDED, to have the **body** of **Kendall Rose**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Ernest C. Torres**, Senior District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:00 o'clock a.m.**, on the 4th day of **January, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

Return unexecuted, court appearance cancelled.

Deputy U.S. Marshal

SENTENCING

WITNESS the Honorable **Ernest C. Torres**

United States Senior District Judge at Providence, RI
Dated: December 29, 2006.

David A. DiMarzio, Clerk

*By Lucia Cristina Leyva - Deputy Clerk*